DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 316P12 | Mario Seguro-Suarez v. Southern Fiber and Key Risk Insurance Company | Defs' PWC to Review Order of COA | Denied |
|---|---|---|---|
| 319P12 | John Baker Warren v. North Carolina Department of Crime Control & Public Safety; North Carolina Highway Patrol | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA11-884)<br><br>2. Plt's Motion for Leave to File an Amended Response to the PDR Based Upon New Authority<br><br>3. Plt's Motion in the Alternative to Permit Rule 28(g) Notice of Additional Authority | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Dismissed as Moot |
| 321P12 | State v. Christopher Patrick Jones | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1317) | Denied |
| 329P12 | State v. Vicente Juarez Huerta | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1401) | Denied |
| 340P12 | State v. Steven David Taylor | 1. Def's *Pro Se* Motion for Appropriate Relief (COA09-1360)<br><br>2. Def's *Pro Se* PWC to Review Order of COA<br><br>3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>4. Def's *Pro Se* Motion for an Order for Retrial<br><br>5. Def's *Pro Se* Motion to Suppress Articles of Prosecution<br><br>6. Def's *Pro Se* Motion for a New Hearing Before a New Grand Jury<br><br>7. Def's *Pro Se* Motion for a Change of Venue<br><br>8. Def's *Pro Se* Motion for Dismissal of Charges<br><br>9. Def's *Pro Se* Motion for an Immediate and Prompt Response<br><br>10. Def's *Pro Se* Motion for Counsel to be Appointed | 1. Dismissed<br><br>2. Dismissed<br><br>3. Allowed<br><br>4. Dismissed<br><br>5. Dismissed<br><br>6. Dismissed<br><br>7. Dismissed<br><br>8. Dismissed<br><br>9. Denied<br><br>10. Dismissed as Moot |